**Ethan WINDOM, Petitioner–Appellant,**

v.

**Randy BLADES, Warden, Respondent–Appellee.**

**No. 14–35746**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 8, 2016 Seattle, Washington

FILED June 22, 2016

Lori Ann Nakaoka, Law Office of Andrew Parnes, Ketchum, ID, for Petitioner–Appellant

Jessica Marie Lorello, Attorney, AGID–Idaho Office of the Attorney General, Boise, ID, for Respondent–Appellee

Before: PAEZ, BYBEE, and CHRISTEN, Circuit Judges.

MEMORANDUM *

Ethan Windom appeals the district court's denial of his petition for a writ of habeas corpus, 28 U.S.C. § 2254. In his petition, Windom asserted that the Idaho trial court's imposition of a sentence of life without parole violated the Eighth Amendment. After the district court denied Win-

by 9th Cir. R. 36–3.

dom's petition, the Supreme Court issued its decision in *Montgomery v. Louisiana*, — U.S. ——, 136 S.Ct. 718, 736, 193 L.Ed.2d 599 (2016), which held that the Court's decision in *Miller v. Alabama*, 567 U.S. 460, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012), applied retroactively. Because the district court did not have the benefit of the Court's opinion in *Montgomery* when it ruled on Windom's petition, we vacate the district court's judgment and remand for further consideration in light of *Montgomery*.

Upon remand, Windom may file a motion with the district court to stay his federal habeas petition pending the Idaho Supreme Court's decision on his state habeas petition.

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.